IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,** )
)
        Plaintiff, )
)
vs. ) CRIMINAL NO. **08-30235-GPM-CJP**
)
**HORATIO J. WATSON,** )
)
        Defendant. )

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is Defendant's Motion to Reconsider Order of Detention. **(Doc. 43)**. The government filed a Response **(Doc. 47)** and a Supplemental Response **(Doc. 48)**.

Defendant is charged with conspiracy to distribute 5 grams or more of a mixture or substance containing cocaine base ("crack"), in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(B), 21 U.S.C. §846, and 18 U.S.C. §2. He faces substantial penalties if convicted, i.e., 5 to 40 years imprisonment, a $2,000,000.00 fine, or both, and at least 4 years supervised release. Because there is probable cause to believe he committed a controlled substance offense for which a maximum term of imprisonment of 10 years or more is prescribed under Titles 21 or 46, he is subject to the rebuttable presumption that no condition or combination of conditions will reasonably assure his appearance and the safety of any other person and the community, as set forth in **18 U.S.C. § 3142(e)**.

In support of his motion, defendant denies that he belongs to the Jack Mob gang; admits that there is video tape evidence of him engaging in drug sales, but states that there is little evidence to connect him to the charged conspiracy; and admits that he has stolen money from

1

people who have attempted to purchase drugs from him, but denies that he used a weapon or violence to do so. He also emphasizes that he is a lifelong resident of this District and has strong family ties to this area.

The Court has reviewed the transcript of the detention hearing. The government's proffer indicated that there is video and audio evidence of multiple controlled buys from defendant, and that, on at least one occasion, a drug buy took place in the presence of defendant's four-year-old child. Defendant has not denied these claims. Defendant admits that he has stolen money from persons who were attempting to buy drugs from him. The government indicated that multiple witnesses have stated that defendant has been armed while distributing crack cocaine. Taken together, these circumstances establish that defendant is a danger to the community. Defendant's general statement that he has not used weapons or violence to steal money from his drug customers does not negate the government's proffer. In addition, in its Supplemental Response, the government states that, at the time of his arrest, defendant threatened to kill an arresting officer and his children when he gets out of jail.

Defendant has not rebutted the presumption that he is a danger to the community, and that condition or combination of conditions would reasonably assure the safety of the community.

For the foregoing reasons, Defendant's Motion to Reconsider Order of Detention **(Doc. 43)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE: February 9, 2009.**     **s/ Clifford J. Proud**
                               **CLIFFORD J. PROUD**
                               **UNITED STATES MAGISTRATE JUDGE**